UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED
SEP 21 2016
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Jan Konopca
    Plaintiff

v.

Route 88 Vehicle Corp.
d/b/a Honda Universe, Inc.
    Defendant.

Civil Action No. 16-cv-744 (PGS)

ORDER

WHEREAS, this matter having come before the Court, and the parties having amicably resolved the matter and

IT IS on this 21st day of September, 2016,

ORDERED that the matter be and hereby is dismissed with prejudice and without costs, except any party may reopen for good cause shown within sixty days. The court retains jurisdiction over the agreement to enforce the terms.

_____
PETER G. SHERIDAN, U.S.D.J.